UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORI HORTON and VALERIE MORRISON, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>KRAFT HEINZ FOODS COMPANY, LLC,<br><br>Defendant. | Case No.: 24-CV-909 TWR (SBC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 31) |

Presently before the Court is Plaintiffs Cori Horton and Valerie Morrison and Defendant Kraft Heinz Foods Company, LLC's Joint Motion to Dismiss ("Jt. Mot.," ECF No. 31), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated among the Parties, the

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Court **DISMISSES WITH PREJUDICE** Plaintiffs' individual claims and **DISMISSES**
2 | **WITHOUT PREJUDICE** Plaintiffs' claims of behalf of the putative class members.
3 |      **IT IS SO ORDERED.**
4 | Dated: February 19, 2025

                                        Honorable Todd W. Robinson
                                        United States District Judge